# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL RHEA TABON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  Case No. CIV-19-781-G |
| | ) |
| ALTUS POLICE DEPARTMENT, et al., | ) |
| | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Plaintiff Daniel Rhea Tabon, a state pretrial detainee appearing pro se, brought this federal civil rights action pursuant to 42 U.S.C. § 1983. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings.

On October 15, 2019, Judge Mitchell entered a Report and Recommendation (Doc. No. 10), in which she recommended that this action be dismissed pursuant to *Younger v. Harris*, 401 U.S. 37 (1971). In the Report and Recommendation, Judge Mitchell advised Plaintiff of his right to object to the Report and Recommendation by November 5, 2019. Judge Mitchell also advised Plaintiff that a failure to timely object would constitute a waiver of his right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

To date, Plaintiff has not submitted an objection, and he has not requested an extension of time to do so. Accordingly, the Report and Recommendation (Doc. No. 10) is adopted in its entirety, and this action shall be dismissed without prejudice.

IT IS SO ORDERED this 3rd day of January, 2020.

_____
CHARLES B. GOODWIN
United States District Judge